JOHNSON & PHAM, LLP
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Nicole L. Drey, SBN: 250235
    E-mail: ndrey@johnsonpham.com
Hung Q. Pham, SBN: 276613
    E-mail: ppham@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:   (818) 888-7540
Facsimile:    (818) 888-7544

Attorneys for Plaintiff

LAW OFFICES OF GEORGE A. SHOHET, A PROF. CORP.
George A. Shohet, SBN: 112697
    E-mail: georgeshohet@gmail.com
9100 Wilshire Boulevard, Suite 720E
Beverly Hills, California 90212
Telephone:   (310) 452-3176
Facsimile:    (310) 452-2270

Attorney for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>           Plaintiff,<br><br>v.<br><br>METROTECH SOLUTIONS USA INC., a Delaware Corporation; 9199-6546 QUEBEC INC., a Canadian Quebecois Corporation doing business as METROTECH SOLUTIONS INC., METROTECH SOLUTIONS and METROTECH; and DOES 2-10, Inclusive,<br><br>           Defendants. | Case No.: 3:14-cv-04871-EMC<br><br>**SECOND STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTON FOR CONTEMPT AND [P~~ROP~~OSED] ORDER** |

     Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff"), by and through its counsel

of record, and Defendants METROTECH SOLUTIONS USA INC.; 9199-6546 QUEBEC INC.,

d/b/a METROTECH SOLUTIONS INC., METROTECH SOLUTIONS and METROTECH;

9188-0047 QUEBEC INC. d/b/a UKTECH STORE; and 9199-6587 QUEBEC INC. d/b/a IT

FACTORY (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

## RECITALS

On August 20, 2015, the Court entered a PERMANENT INJUNCTION AGAINST DEFENDANTS AND DISMISSAL WITH PREJUDICE (D.E. 31) ("Injunction").

On June 1, 2017, Plaintiff filed its MOTION FOR CONTEMPT AND SANCTIONS AGAINST THE ENJOINED PARTIES (D.E. 33) ("Motion"), asserting that Defendants violated the Injunction by dealing in Adobe products, specifically through their illegal distribution of unbundled (and in one instance, previously activated) Adobe software products.

On June 14, 2017, the Parties filed a STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CONTEMPT (D.E. 35) ("First Stipulation") in order to allow the Parties time to resolve the issues addressed in the Motion.

On June 15, 2017, the Court granted the Parties' First Stipulation and continued the hearing on the Motion to August 3, 2017, with response dates adjusted accordingly.

Thereafter, Defendants produced certain documents to Plaintiff in an effort to resolve Plaintiff's claims, and the Parties have been working towards resolution of the issues contained in the Motion. The Parties, however, need additional time to pursue such a resolution.

## AGREEMENT

Accordingly, Plaintiff and Defendants hereby stipulate and respectfully request the Court continue the hearing on the Motion to August 24, 2017, or a date thereafter acceptable to the Court.

Additionally, Plaintiff and Defendants hereby stipulate and respectfully request that Defendants' response to the Motion be due on or before August 3, 2017.

/ / /

/ / /

Plaintiff and Defendants hereby stipulate and respectfully request that Plaintiff's reply shall be due on or before August 10, 2017.

DATED: July 7, 2017                    JOHNSON & PHAM, LLP

                                       By: /s/ Nicole Drey Huerter
                                       Nicole Drey Huerter, Esq.
                                       Attorneys for Plaintiff
                                       ADOBE SYSTEMS INCORPORATED

DATED: July 7, 2017                    LAW OFFICES OF GEORGE A. SHOHET,
                                       A PROF. CORP.

                                       By: /s/ George A. Shohet
                                       Pierre Francis
                                       Attorney for Defendants
                                       METROTECH SOLUTIONS USA INC.; 9199-
                                       6546 QUEBEC INC., d/b/a METROTECH
                                       SOLUTIONS INC., METROTECH SOLUTIONS
                                       and METROTECH; 9188-0047 QUEBEC INC.
                                       d/b/a UKTECH STORE; and 9199-6587 QUEBEC
                                       INC. d/b/a IT FACTORY

## [PROPOSED] ORDER

Pursuant to Stipulation, the hearing on Plaintiff's MOTION FOR CONTEMPT AND SANCTIONS AGAINST THE ENJOINED PARTIES ("Motion") is reset from August 3, 2017, to _____August 24_____, 2017. Defendants' response to the Motion is due three (3) weeks prior to the hearing date. Plaintiff's reply to the Motion is due two (2) weeks prior to the hearing date.

IT IS SO ORDERED.

DATED: _____     July 11, 2017

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

_____. CHEN
                        t Judge
                        alifornia