JOHNSON & PHAM, LLP
Christopher Q. Pham, SBN: 206697
  E-mail: cpham@johnsonpham.com
Nicole Drey Huerter, SBN: 250235
  E-mail: ndrey@johnsonpham.com
Hung Q. Pham, SBN: 276613
  E-mail: ppham@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:    (818) 888-7540
Facsimile:    (818) 888-7544

Attorneys for Plaintiff

LAW OFFICES OF GEORGE A. SHOHET, A PROF. CORP.
George A. Shohet, SBN: 112697
  E-mail: georgeshohet@gmail.com
9100 Wilshire Boulevard, Suite 720E
Beverly Hills, California 90212
Telephone:    (310) 452-3176
Facsimile:    (310) 452-2270

Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>METROTECH SOLUTIONS USA INC., a Delaware Corporation; 9199-6546 QUEBEC INC., a Canadian Quebecois Corporation doing business as METROTECH SOLUTIONS INC., METROTECH SOLUTIONS and METROTECH; and DOES 2-10, Inclusive,<br><br>Defendants. | Case No.: 3:14-cv-04871-EMC<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff"), by and through its counsel of record, and Defendants METROTECH SOLUTIONS USA INC.; 9199-6546 QUEBEC INC. d/b/a METROTECH SOLUTIONS INC., METROTECH SOLUTIONS and METROTECH; 9188-0047 QUEBEC INC. d/b/a UKTECH STORE; and 9199-6587 QUEBEC INC. d/b/a IT

FACTORY (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

### **RECITALS**

On August 24, 2017, the Court ordered the Parties to complete mediation by no later than November 22, 2017 (D.E. 48).

On September 22, 2017, the ADR office appointed Linda Joy Kattwinkel, Esq., to serve as mediator.

The mediator and the Parties then arranged for mediation to take place on November 13, 2017.

On October 13, 2017, the mediator alerted the Parties that she had developed a conflict that required her to be out of town that week and that the mediation would need to be rescheduled.

There is no date prior to the current mediation deadline of November 22, 2017, that is available for the mediator, all Parties, and their counsel. Instead, the date of December 12, 2017, has been confirmed to reschedule the mediation.

/ / /

/ / /

/ / /

/ / /

## AGREEMENT

Accordingly, Plaintiff and Defendants hereby stipulate and respectfully request the Court extend the mediation deadline to December 15, 2017, and delay ruling on Plaintiff's pending Motion for Contempt until sometime thereafter. The Parties shall submit a joint report regarding mediation by no later than December 22, 2017.

DATED: November 13, 2017    JOHNSON & PHAM, LLP

By: /s/ Nicole Drey Huerter
Nicole Drey Huerter, Esq.
Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

DATED: November 13, 2017    LAW OFFICES OF GEORGE A. SHOHET,
A PROF. CORP.

By: /s/ George A. Shohet
George A. Shohet, Esq.
Attorney for Defendants
METROTECH SOLUTIONS USA INC.; 9199-6546 QUEBEC INC., d/b/a METROTECH SOLUTIONS INC., METROTECH SOLUTIONS and METROTECH; 9188-0047 QUEBEC INC. d/b/a UKTECH STORE; and 9199-6587 QUEBEC INC. d/b/a IT FACTORY

## [PRO~~POS~~ED] ORDER

Pursuant to Stipulation, the deadline for mediation is extended to December 15, 2017. The Parties shall submit a joint regarding the mediation by no later than December 22, 2017.

IT IS SO ORDERED.    Further CMC reset from 12/7/17 to 1/18/18 at 10:30 a.m. An update joint CMC statement due 1/11/18.

DATED: 11/16/17

HON. EDWARD M. CHEN
United States District Judge
Northern District of California

*IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen*