UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>  Plaintiff,<br><br>  v.<br><br>METROTECH SOLUTIONS USA INC., et al.,<br><br>  Defendants. | Case No. 14-cv-04871-EMC<br><br>**ORDER RE JOINT DISCOVERY LETTER OF DECEMBER 1, 2017**<br><br>Docket No. 52 |

Previously, Adobe moved for contempt and sanctions for alleged violation of the permanent injunction in this case. In August 2017, the Court deferred ruling on the motion so that the parties could engage in settlement discussions to resolve the pending dispute. The Court also instructed the parties to meet and confer regarding the exchange of information in advance of mediation. *See* Docket No. 48 (order). The parties have now filed a joint letter with the Court because of a dispute regarding the exchange of information in advance of mediation. Having considered the contents of the letter, the Court hereby rules as follows.

1. Defendants and the affiliated entities subject to the permanent injunction shall provide the information in unredacted form to Adobe (*i.e.*, so that Adobe may see the identities of Defendants and the affiliated entities' customers).

2. The information provided is subject to a protective order such that it shall be used only for purposes of this lawsuit and shall not be disclosed to any third parties.

///

///

///

///

3. At this juncture, Adobe shall not contact any of Defendants and the affiliated entities' customers absent approval of the Court.

This order disposes of Docket No. 52.

**IT IS SO ORDERED**.

Dated: December 4, 2017

_____
EDWARD M. CHEN
United States District Judge